UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS DETTMER, | § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Civil Action No. 3:22-CV-0783-X |
| SAFECO INSURANCE COMPANY OF INDIANA, | | |
| *Defendant.* | | |

## DISMISSAL ORDER

In accordance with the parties' *Notice of Dismissal* [Doc. 22], the Court **DISMISSES WITH PREJUDICE** all claims by all parties in this case.  Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 31st day of May, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE